[No. 7535–4–III.  Division Three.  September 18, 1986.]

JOHN KOCH, *Appellant,* v. DAVID SMITH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 84–2–00006–8, David S. Edwards, J. Pro Tem., entered August 2, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 7001–8–III.  Division Three.  September 18, 1986.]

PALOUSE PRODUCERS, INC., *Respondent,* v. CLAUS O. JOENS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whitman County, No. 30041, Philip H. Faris, J., entered February 22, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6998–2–III.  Division Three.  September 18, 1986.]

APPLEWAY EQUIPMENT LEASING, INC., *Respondent,* v. RICHARD A. BAILIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–01694–5, Paul A. Bastine, J. Pro Tem., entered March 6, 1985. *Affirmed* by unpublished per curiam opinion.

[No. 16238–1–I.  Division One.  September 22, 1986.]

*In the Matter of the Personal Restraint of* TERRY EUGENE MERCER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Williams, J., concurred in by Grosse, J., Johnsen, J. Pro Tem., dissenting.